**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000491**
**18-AUG-2020**
**08:10 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
TIANA F.M. SAGAPOLUTELE-SILVA, Defendant-Appellee

CAAP-19-0000491

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(HONOLULU DIVISION)
(CASE NO. 1DTA-18-01227)

AUGUST 18, 2020

LEONARD, PRESIDING JUDGE, CHAN AND WADSWORTH, JJ.

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Amended Opinion filed

herein on June 8, 2020, is hereby corrected as follows:

At page 5, line 5 from top, delete the word
"are" after the word "you" so that the sentence
now reads:

and are you blind in either eye.
Sagapolutele-Silva answered

At page 6, line 10 from bottom, replace the word "year" with "2007 within the parentheses so that the sentence now reads:

> Hawaii Revised Statutes (**HRS**) § 291C-105 (2007) provides, in

At page 15, line 5 from bottom, replace "605" with "603-604" so that the sentence now reads:

> 603-604 (1990), the United States Supreme Court rejected the

At page 15, line 2 from bottom replace the misspelled word "inquires" with "inquiries" so that the sentence now reads:

> the "focused inquiries were necessarily 'attendant to' the police

At page 21, line 2 from bottom, delete the quotation mark following (4th Cir. 1992)). so that the sentence now reads:

> (quoting <u>United States v. Payne</u>, 954 F.2d 199, 202 (4th Cir. 1991)). <u>United</u>

The clerk of the court is directed to incorporate the foregoing changes in the amended opinion and take all necessary steps to notify the publishing agency of these changes.

DATED: Honolulu, Hawai'i, August 18, 2020.

/s/ Katherine G. Leonard
Associate Judge

2